**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION**

**UNCLAIMED FUNDS IN CHAPTER 13 CASES**

   Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, name and address of the entity entitled to unclaimed funds in the referenced case.

  Case #:    04-35422
  Debtor(s) Name:  KIMBERLY SUE BARLOW /

Unclaimed Funds Check #: 10897256
Date Unclaimed Funds check issued:  July 31, 2008

**Amount remitted to Unclaimed Funds - case # 04-35422:**  **$166.00**
Claim Number:   999-0
Court Claim Number:  Debtor Refund Claim

Debtor Name and Address:

KIMBERLY SUE BARLOW \
1762 QUARRY ROAD
NEW MARKET, TN  37820

           /s/ Gwendolyn M. Kerney
           GWENDOLYN M. KERNEY, #07280
           Chapter 13 Trustee
           P O Box 228
           Knoxville, TN.  37901
           (865) 524-4995