**The order is rejected for lack of documentation of Mark Warren's authority and because the order is misidentified as an "amended order." An amended application and replacement order shall be filed within 10 days and shall use the correct case numbering convention as explained on the court's website on June 2, 2015, and shall reflect judge's initials of SHB in the case number, even though the closed case reflected Judge Richard Stair as the assigned judge when the application was filed.**

**The matter addressed in this rejected order and accompanying motion is unresolved for the reason(s) set forth above.**
**SIGNED this 1st day of June, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## UNITED STATES BANRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE (KNOXVILLE)

IN RE:

| KIMBERLY SUE BARLOW | 04-35422-RS |
|---|---|
| Debtor | Bankruptcy Case Number |

### AMENDED ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court having considered the Amended Application for Payment of Unclaimed Funds filed by:

SunTrust Banks, Inc., Successor-In-Interest to National Bank of Commerce
c/o The Locator Services Group, Ltd.
280 Summer Street, Suite 400
Boston MA 02210-1131

("Claimant") for payment of unclaimed funds in the amount of $___$7,089.02, and it appearing to the Court that the Claimant is entitled to receive payment, and these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Tennessee pursuant to 28 U.S.C. § 2042,

**IT IS THEREFORE ORDERED** that the Clerk of the United States Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.

###